IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN L. FEINGOLD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| PAM GRAFF; ROBERT A. HARRIS; | : | NO. 12-1090 |
| MICHELLE PUNTURI; MARSHALL, | : | |
| DENNEHEY, WARNER, COLEMAN | : | |
| AND GOGGIN; MARC MANZIONE; | : | |
| PENNSYLVANIA ORTHOPEDIC | : | |
| ASSOCIATES, INC.; GIANT FOOD | : | |
| STORES, LLC; CHRISTOPHER WENK; | : | |
| and MAC RISK MANAGEMENT, INC., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 26th day of June, 2012, upon consideration of the Motion of Defendant Marshall, Dennehey, Warner, Coleman & Goggin, P.C. and Michelle Punturi, Esquire to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Document No. 3, filed March 20, 2012), the Motion of Defendants, Pam Graff, Christopher Wenk, Giant Food Stores, LLC, and MAC Risk Management, Inc., to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) (Document No. 6, filed March 21, 2012), the Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6) of Defendants, Marc Manzione and Pennsylvania Orthopedic Associates, Inc. (Document No. 9, filed March 26, 2012), and the related submissions of the parties, for the reasons set forth in the Memorandum dated June 26, 2012, **IT IS ORDERED** as follows:

1. The Motion of Defendant Marshall, Dennehey, Warner, Coleman & Goggin, P.C. and Michelle Punturi, Esquire to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is **GRANTED**;

2. The Motion of Defendants, Pam Graff, Christopher Wenk, Giant Food Stores, LLC, and MAC Risk Management, Inc., to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) is **GRANTED**;

3. The Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6) of Defendants, Marc Manzione and Pennsylvania Orthopedic Associates, Inc., is **GRANTED**; and

4. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as to all defendants.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**